# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

JAY JONES
ADC #157758                                                              PLAINTIFF

v.                          No. 5:19-cv-349-DPM-PSH

BRANDON DAVIS, Lieutenant,
Tucker Max; SHANA WHITEMORE,
RN; and CULP, Nurse                                                    DEFENDANTS

### ORDER

The Court adopts Magistrate Judge Harris's unopposed partial recommendation, № 8. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Jones's claims about committee review and assignment to administrative segregation are dismissed without prejudice. His claims about retaliation, excessive force, and deliberate indifference go forward.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

6 January 2020