# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

JAY JONES                                              PLAINTIFF
ADC #157758

v.                        No: 5:19-cv-349 DPM-PSH

BRANDON DAVIS, Lieutenant,
Tucker Max; SHANA WHITEMORE,
RN; CULP, Nurse                                        DEFENDANTS

## ORDER

Jones's motion to voluntarily dismiss his claims against Whitemore and Culp is granted. № 21. Jones's claims against them are dismissed without prejudice.

So Ordered.

                                                  _____
                                                  D.P. Marshall Jr.
                                                  United States District Judge

                                                  12 February 2020