IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAY JONES                                                            PLAINTIFF

v.                        No: 5:19-cv-349-DPM

BRANDON DAVIS, Lieutenant,
Tucker Max                                         DEFENDANT

## ORDER

1. The Court withdraws the reference.

2. Jones hasn't filed a free-world application to proceed *in forma pauperis* or paid the $350 still owed toward the filing fee; and the time to do so has passed. *Doc. 47.* His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). Davis's motion for summary judgment, № 38, is denied without prejudice as moot. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

7 July 2020