IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAY JONES                                                              PLAINTIFF

v.                              No: 5:19-cv-349-DPM

BRANDON DAVIS, Lieutenant,
Tucker Max                                                             DEFENDANT

## JUDGMENT

Jones's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

7 July 2020